UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF
EASTERN DIVISION

Richard LaCroix,

    Petitioner,

-v-                          Case No. 2:06-cv-00655
                               Judge Michael H. Watson

Warden, Noble Correctional
Institution,

    Respondent.

**ORDER**

    Petitioner, a state prisoner, seeks a writ of habeas corpus under 28 U.S.C. § 2254, asserting, *inter alia,* the state trial court failed to notify him of his right to appeal. The Magistrate Judge issued a report and recommendation on April 10, 2007, recommending that this action be dismissed as time-barred under 28 U.S.C. § 2244(d). The Magistrate Judge granted petitioner two extensions of time to file his objections to the report and recommendation. The last deadline set by the Magistrate Judge was August 1, 2007. To date, no objections to the report and recommendation have been filed, and petitioner has not sought any further extensions.

    The Court **ADOPTS** the U.S. Magistrate Judge's April 10, 2007 report and recommendation in its entirety. Accordingly, the Court **GRANTS** respondent's motion to dismiss the petition as time-barred (Doc. 5).

    The Clerk shall enter a final judgment dismissing this action in its entirety as time-barred under 28 U.S.C. § 2244(d).

    **IT IS SO ORDERED.**

                                              */s/ Michael H. Watson*
                                              **MICHAEL H. WATSON, JUDGE**
                                              **United States District Court**